**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 11-81257-CV-Marra/Johnson**

**DANIEL LUGO**

                Plaintiff,

-v-

**ISRAM RIVERWALK, LLC,**

                Defendants.

**STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLAINTIFF AND DEFENDANT** by and through undersigned counsel hereby

**STIPULATE AND AGREE** that pursuant to a Settlement Agreement entered into by them

on the 24th day of February, 2012, settling all matters at issue between them in this cause,

Plaintiff and Defendant respectfully request the Court enter an Order Dismissing this cause

with Prejudice; and retaining jurisdiction only to enforce the terms of said Settlement

Agreement.

    **STIPULATED AND AGREED TO** by Counsel for the Parties on the dates below written.

date: May 1, 2012                              date: May 1, 2012

DREW LEVITT, ESQ.,                          s/Matt Weinstein
L. SARKIN, ESQ.,                            MATT WEINSTEIN, Att'y for Defendant
Attorneys for Plaintiff                     9200 So. Dadeland Blvd. #400
4700 No. Boca Raton Blvd., Suite 302,       Miami, FL 33156
Boca Raton, FL 33431                        305-670-5200
561-994-6922

by: s/Drew Levitt