UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81257-CIV-MARRA/HOPKINS

DANIEL LUGO,

    Plaintiff,

v.

ISRAM RIVERWALK, LLC,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties' Stipulated Voluntary Dismissal with Prejudice (DE 13), filed on May 1, 2012.  The Court has carefully reviewed the record herein and is otherwise fully advised in the premises.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  The parties shall bear their own attorney's fees and costs.

The Clerk of this Court shall **CLOSE** this case and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 3rd day of May, 2012.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE